IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-099-RJC-DCK

| | |
|---|---|
| JACQUELINE M. WYRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| GMG MOORESVILLE, LLC; GMG CONCORD MILLS, LLC; and AARON GUNN, individually, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Lisa J. Chadderdon, concerning Charles G. Meyer, III on July 3, 2018. Charles G. Meyer, III seeks to appear as counsel *pro hac vice* for Defendants GMG Mooresville, LLC; GMG Concord Mills, LLC; and Aaron Gunn. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **GRANTED.** Charles G. Meyer, III is hereby admitted *pro hac vice* to represent Defendants GMG Mooresville, LLC; GMG Concord Mills, LLC; and Aaron Gunn.

**SO ORDERED**.

Signed: July 3, 2018

David C. Keesler
United States Magistrate Judge